IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00008-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMIAH M. PEREZ,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

    The United States of America, by Assistant United States Attorney Judith A. Smith, moves this Court to dismiss the Indictment filed in this case.

    During the course of this case, the defendant, U.S. Probation, and the government entered into a Diversion Agreement. The Court approved that agreement and has been following the Defendant's progress. It has agreed to extensions of the agreement to allow for Defendant to complete its terms. During the course of the litigation, this Court also issued an order that resulted in the Defendant being declared a prohibited person under 18 U.S.C. § 922 such that he cannot legally purchase or possess a firearm.

    Furthermore, the United States Probation Department has advised the undersigned that the defendant has successfully completed all terms of the Diversion Agreement.

    Therefore, based on the agreement reached in the Diversion Agreement and as approved by the Court, the government respectfully moves the Court to dismiss the Indictment.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

By: *s/ Judith A. Smith*
JUDITH A. SMITH
Assistant U.S. Attorney
U.S. Attorney's Office, District of Colorado
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0401
E-mail: judith.smith3@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of March, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS INDICTMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Brian Leedy
 brian_leedy@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

 (None)

        By: *s/ Veronica Ortiz*
        VERONICA ORTIZ
        Legal Administrative Specialist
        U.S. Attorney's Office, District of Colorado
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0401
        E-mail: veronica.ortiz@usdoj.gov